# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-797
_____

RODNEY L. LONG, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, Judge.

June 26, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Rodney L. Long, Jr., pro se, Appellant.

Ashley Moody, Attorney General; Trisha Meggs Pate and Amanda D. Stokes, Assistant Attorneys General, Tallahassee, for Appellee.